UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL R. BAKER, JR.,

    Petitioner,

    v.      CAUSE NO. 3:24-CV-781-HAB-SLC

WARDEN,

    Respondent.

OPINION AND ORDER

Michael R. Baker, Jr., a prisoner without a lawyer, filed an amended habeas corpus petition challenging two disciplinary proceedings (ISP-24-2-541 and ISP-24-2-542) at the Indiana State Prison in which a disciplinary hearing officer found him guilty of possessing unauthorized devices in violation of Offenses 121 and 207. As a result, he was sanctioned with a demotion in credit class.

In the pending motion to dismiss, the Warden argues that this case is moot because the Indiana Department of Correction has vacated the sanctions and will hold a rehearing. The Warden supports this argument with correspondence to that effect from the appeal review officer. ECF 14-1. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement). Because the claims in the petition are moot, the court grants the motion and dismisses the habeas petition as moot.

If Baker wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed in forma pauperis on appeal because the court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 14);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Michael R. Baker, Jr., leave to proceed in forma pauperis on appeal.

SO ORDERED on February 21, 2025.

                                              s/Holly A. Brady  
                                              CHIEF JUDGE  
                                              UNITED STATES DISTRICT COURT